JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, | Case 2:20-CV-01285-JFW-MAAx |
| Plaintiff, | **Judgment** |
| v. | |
| **Maywood Craft, Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that:

Plaintiff Orlando Garcia shall have JUDGMENT in his favor for $8,471.50 ($4,000 statutory damages and $4,471.50 in attorneys' fees and costs) against defendant Maywood Craft, Inc.

In addition, Maywood Craft, Inc. is ordered to provide and maintain accessible paths of travel throughout the merchandise aisles within its store at 6147 Atlantic Blvd., Maywood, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Dated: June 12, 2020         _____
                             United States District Judge